UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYNTHIA THIBEAULT,<br>    Plaintiff | ) CASE NUMBER:<br>)<br>) |
| v. | ) JURY TRIAL CLAIMED<br>) |
| SOLOMON AND SOLOMON, P.C.,<br>    Defendant | )<br>)<br>) MARCH 10, 2011 |

## COMPLAINT

1. This is a suit brought by a consumer who has been harassed and abused by Defendant collection agency. This action is for violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* and includes a pendent claim brought under State law for violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 42-110a *et seq.*

2. The plaintiff, Cynthia Thibeault, is a natural person residing in Quaker Hill, Connecticut.

3. The defendant, Solomon and Solomon, P.C. ("Solomon"), is a New York professional corporation that is engaged in the practice of debt collection in Connecticut.

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Solomon because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident of Connecticut and the acts complained of occurred in this state.

7. Solomon began contacting Plaintiff in attempt to collect an alleged debt Palisades Collection, LLC claimed she owed (the "Debt").

8. On or around January 4, 2011, Solomon sent Plaintiff a collection letter in an attempt to collect the Debt; that letter contained a validation notice.

9. On January 10, 2011, and within thirty days of the time she received the aforementioned letter, Plaintiff sent Solomon by certified mail a letter which disputed and requested validation of the Debt; Solomon received Plaintiff's dispute letter on January 13, 2011.

10. On or around February 10, 2011, Solomon sent Plaintiff a second collection letter in an attempt to collect the Debt notwithstanding it had received Plaintiff's dispute letter and had not yet sent Plaintiff the validation she had requested.

11. Solomon violated the FDCPA and CUTPA.

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; actual damages, punitive damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g; and such other relief as this Court deems appropriate.

PLAINTIFF, CYNTHIA THIBEAULT

By: _____
Daniel S. Blinn, ct02128
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408  Fax. (860) 571-7457