UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CYNTHIA THIBEAULT,**<br>    **Plaintiff** | ) CASE NUMBER:<br>) 3:11-00385-SRU<br>)<br>) |
| **v.** | )<br>) |
| **SOLOMON AND SOLOMON, P.C.,**<br>    **Defendant** | )<br>)<br>) MAY 4, 2011 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Cynthia Thibeault, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed, without costs or attorney's fees.

> Plaintiff, Cynthia Thibeault
>
> By /s/Daniel S. Blinn
> Daniel S. Blinn  (ct02188)
> Consumer Law Group, LLC
> 35 Cold Spring Road, Suite 512
> Rocky Hill, CT  06067
> (860) 571-0408
> Fax: (860) 571-7457
> dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 4th day of May, 2011, a copy of foregoing Notice of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

> /s/Daniel S. Blinn
> Daniel S. Blinn